# United States District Court
# Central District of California

| | |
|---|---|
| JARRETT A. GREEN,<br><br>            Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.;<br>JPMORGAN CHASE & CO.; PAUL<br>SCHWAB; KARI JONES; DOES 1–10,<br>inclusive,<br><br>           Defendants, | Case No. 2:14-cv-01703-ODW(JEMx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**SETTLEMENT** |

      In light of the Notice of Settlement (ECF No. 21.), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Thursday, October 23, 2014**, why settlement has not been finalized.  No hearing will be held.  This Order will be discharged upon the filing of a stipulation to dismiss.  All other dates in this action are **VACATED** and taken off calendar.

      **IT IS SO ORDERED.**

      September 23, 2014

                                            _____<br>                                            **OTIS D. WRIGHT, II**<br>                                          **UNITED STATES DISTRICT JUDGE**