# United States District Court
# Central District of California

| | |
|---|---|
| JARRETT A. GREEN, | Case No. 2:14-cv-01703-ODW(JEMx) |
| Plaintiff, | |
| v. | **ORDER CONTINUING ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| JPMORGAN CHASE BANK, N.A.; JPMORGAN CHASE & CO.; PAUL SCHWAB; KARI JONES; DOES 1–10, inclusive, | |
| Defendants, | |

Based on the Response to this Court's September 23, 2014 Order to Show Cause, the Court finds that the parties have been diligently working to finalize settlement and that good cause exists to grant the request for an additional 15 days. Accordingly, the Court **CONTINUES** the Order to Show Cause until **Friday, November 7, 2014**. No hearing will be held. The Order will be discharged upon the filing of a dismissal in compliance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

October 23, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**